PRUYN, Respondent, v. GUAYAQUIL & Q. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 18, 1906.) Action by Robert C. Pruyn, as a stockholder of the Guayaquil & Quito Railway Company, against the Guayaquil & Quito Railway Company and others. No opinion. Motion for leave to go to Court of Appeals granted, and questions certified as follows: (1) Does the complaint state facts sufficient to constitute a cause of action? (2) Are causes of action improperly united, as alleged in the defendant's demurrer?

QUINLAN, Appellant, v. ORR, Respondent. (Supreme Court, Appellate Division, Second Department. May 9, 1906.) Action by William J. Quinlan against William J. Orr. No opinion. Motion for reargument denied.

RAYMOND v. SECURITY TRUST & LIFE INS. CO. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by Ralph Raymond against the Security Trust & Life Insurance Company. No opinion. Motion denied. Order filed.

RAYMOND, Respondent, v. SECURITY TRUST & LIFE INS. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Appeal from Special Term, New York County. Action by Ralph Raymond against the Security Trust & Life Insurance Company and others. From an order denying a motion to dissolve an injunction, defendants appeal. Reversed on condition. See 97 N. Y. Supp. 557. E. L. Mooney, for appellants. Bert Hanson, for respondent.

PER CURIAM. The order should be reversed and the motion granted, without costs, upon condition that the appellant will give a bond in the sum of $20,000. Upon failure to give such bond within 20 days, the order appealed from should be affirmed, with $10 costs and disbursements.

REICH, Appellant, v. COCHRAN et al., Respondents (two cases). (Supreme Court, Appellate Division, First Department. May 25, 1906.) Actions by Elizabeth Reich against Eva S. Cochran and others. J. F. Cloonan, for appellant. P. H. Stewart, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements of each appeal. Orders filed.

REMSEN v. WINGERT. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by Jane Remsen against Charles A. Wingert. No opinion. Motion denied, with $10 costs. Order filed.

REMY, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Julius Remy against the Interurban Street Railway Company. E. D. O'Brien, for appellant. T. B. Chancellor, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to the sum of $3,137.05, in which event judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

RICCIARDI, Appellant, v. CUNARD S. S. CO., Limited, Respondent. (Supreme Court, Appellate Term. June 1, 1906.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Pasquale Ricciardi against the Cunard Steamship Company, Limited. From a judgment for defendant, plaintiff appeals. Reversed and remanded. Palmieri & Wechsler, for appellant. Lord, Day & Lord (Charles J. Fay and Goldthwaite H. Dorr, of counsel), for respondent.

CLINCH, J. The plaintiff sues to recover damages claimed to have been sustained by him on or about the 18th of November, 1905, while on board the defendant's steamship Carpathia, engaged in leveling coal that was being dumped into one of the bunkers of the steamship. After the plaintiff had called four witnesses and proposed to call another, plaintiff's attorney, on being asked by the court what he expected to prove by the additional witness or by other witnesses he had not yet called, stated that he did not expect to establish any new facts by such witness or by the other witnesses he had not yet called, and that their testimony would be merely cumulative of the testimony of the witnesses who had already testified. The court thereupon of its own motion dismissed the complaint and ordered judgment for the defendant. The description of the situation of the bunkers into which the coal was being dumped, of the second bunker referred to upon the trial, of the doors leading into these bunkers, of the fireroom, of the passageway leading into the fireroom from the second bunker, and the question whether the shoveling of the coal by the firemen of the ship contributed to the accident to the plaintiff, are not so clear as to enable the court to say, upon the evidence included in the return, that there was no evidence whatever to establish any negligence on the part of the firemen of the ship, who were the defendant's employés. For this reason the judgment should be reversed, and a new trial ordered. Judgment reversed, and a new trial ordered, with costs to appellant to abide the event. All concur.

ROTH v. MAUTNER. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Ignatz Roth against Julius Mautner. No opinion. Appeal dismissed, with $10 costs. Order filed.

RUDIGER et al., Appellants, v. COLEMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 4, 1906.) Action by Eugene A. Rudiger and John M. Rudiger against James S. Coleman, Jules Breuchaud, and Bernard C. Coleman. No opinion. Motion denied.

RUDOMIN v. INTERURBAN ST. R. CO. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Joseph Rudomin against the Interurban Street Rail-